IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-291-MR-DCK

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, d/b/a BERNZOMATIC and NEWELL OPERATING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION, and WORTHINGTON INDUSTRIES, INC.<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendants Worthington Cylinders Wisconsin, LLC, Worthington Cylinder Corporation, and Worthington Industries, Inc.'s "Motion To File Document Under Seal (with Plaintiffs' Consent)" (Document No. 8) filed August 4, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and noting Plaintiffs consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To File Document Under Seal (with Plaintiffs' Consent)" (Document No. 8) is **GRANTED**.

Signed: August 4, 2008

David C. Keesler
United States Magistrate Judge