# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv291

| | |
|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **WORTHINGTON CYLINDERS WISC, et al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Applications For Admission To Practice Pro Hac Vice of attorneys Matthew C. Crowl, Matthew B. Mock, and David C. Scott. [Docs. 15, 16, 17].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' applications are **ALLOWED**, and Matthew C. Crowl, Matthew B. Mock, and David C. Scott are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 21, 2008

Martin Reidinger
United States District Judge