# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv291

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, d/b/a BERNZOMATIC and NEWELL OPERATING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION, and WORTHINGTON INDUSTRIES, INC.<br><br>Defendants. | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the Defendant's Applications For Admission To Practice Pro Hac Vice of attorneys Michael G. Long, Michael J. Canter and John L. Chaney. [Docs. 37, 38, 39].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's applications are **ALLOWED**, and Michael G. Long, Michael J. Canter and John L. Chaney are hereby granted *pro hac vice* admission to the bar of this Court,

payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: September 26, 2008

Martin Reidinger
United States District Judge