# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv291

| | |
|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY,** d/b/a BernzOmatic and **NEWELL OPERATING COMPANY,** <br><br> Plaintiffs, <br><br> vs. <br><br> **WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION,** and **WORTHINGTON INDUSTRIES, INC.,** <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Modify Scheduling Order. [Doc. 74].

The parties jointly move to modify the Amended Pretrial Order and Case Management Plan. [Doc. 33]. While wishing to retain the October 19, 2009 trial date, the parties request extensions of the deadlines for mediation, discovery, the exchange of expert reports, and the filing of dispositive motions.

For the reasons stated in the parties' motion, and for cause shown, the Court will grant an extension of these deadlines. In order to ensure that the Court has adequate time to address any dispositive motions prior to trial, however, the Court will allow only limited extensions of the deadlines for the completion of discovery and the filing of dispositive motions.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Joint Motion to Modify Scheduling Order [Doc. 74] is **GRANTED**, and the Amended Pretrial Order and Case Management Plan is hereby further amended as follows:

1. Primary expert reports shall be exchanged no later than **May 1, 2009**;

2. Rebuttal expert reports shall be exchanged no later than **June 12, 2009**;

3. The parties shall complete all discovery by **July 1, 2009**;

4. Mediation shall be completed by **May 22, 2009**;

5. All motions except motions in limine and motions to continue shall be filed no later than **July 1, 2009**. Responses to motions must be filed within fourteen (14) days of the date on which the certificate of service is signed. The Court deems a motion ripe for determination

upon the timely filing of the response. The filing of a reply brief is allowed only if the response raises new matters and shall be limited to a discussion of such newly raised matters. Such reply should be filed no later than seven (7) days after the filing of the response.

6. The Court will notify the parties upon the scheduling of a final pretrial conference. Such conference will most likely be held during the week of October 5, 2009.

**IT IS SO ORDERED.**

Signed: April 17, 2009

Martin Reidinger
United States District Judge