# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**CIVIL CASE NO. 3:08cv291**

| | |
|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY,** d/b/a BernzOmatic and **NEWELL OPERATING COMPANY,**<br><br>Plaintiffs,<br><br>vs.<br><br>**WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION,** and **WORTHINGTON INDUSTRIES, INC.,**<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to correct a clerical error in the Amended Pretrial Order and Case Management Plan [Doc. 33], entered on September 18, 2008.

**IT IS, THEREFORE, ORDERED** that Section V. B. of the Amended Pretrial Order and Case Management Plan [Doc. 33] is hereby amended to read as follows:

B.  COUNSEL'S DUTIES PRIOR TO TRIAL: <u>Either one week before the Trial Date or at the final pretrial conference</u>, which ever is **earlier**, counsel for all parties shall:

    (a) Discuss the possibility of a settlement;

    (b) Exchange copies of exhibits or permit inspection if copying is impractical;

    (c) Number and become acquainted with all exhibits;

    (d) Agree upon the issues, reduce them to writing and file them with the Court.  If counsel cannot agree upon the issues, each party is directed to write his/her own version and file it with the Court;

    (e) Agree upon stipulations of fact and file them with the Court.  The parties are encouraged to stipulate to as many facts as possible to facilitate the trial of the case.

**IT IS SO ORDERED.**  Signed: January 4, 2010

Martin Reidinger
United States District Judge