# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv291

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, d/b/a BernzOmatic and NEWELL OPERATING COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION, and WORTHINGTON INDUSTRIES, INC., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on BernzOmatic's Motion to Quash Worthington's Trial Subpoena for the Testimony of Non-Party Brian Starrett. [Doc. 236].

The Plaintiffs Irwin Industrial Tool Company, doing business as BernzOmatic, and Newell Operating Company (collectively, "BernzOmatic") move the Court for entry of an Order quashing Worthington's February 8, 2010 trial subpoena served on Brian Starrett, BernzOmatic's former Chief

Financial Officer. [Doc. 236]. For grounds, BernzOmatic argues that Mr. Starrett is a non-party witness who lives and works in Kennesaw, Georgia, over 100 miles away and is therefore outside the scope of the Court's subpoena power, and that "[i]t would be unduly burdensome to require Mr. Starrett to travel to Charlotte to testify at trial." [Doc. 237 at 2]. See Fed. R. Civ. P. 45(b)(2)(B). Worthington opposes BernzOmatic's motion, arguing that BernzOmatic still exercises control over Mr. Starrett such that he should be considered an "officer" of BernzOmatic for purposes of Rule 45. [Doc. 239].

"A party has standing to move to quash a subpoena addressed to another if the subpoena infringes upon the *movant's* legitimate interests." United States v. Raineri, 670 F.2d 702, 712 (7th Cir. 1982)(emphasis added). The sole basis for BernzOmatic's motion is that Mr. Starrett would have to travel more than 100 miles to attend the trial of this case. BernzOmatic does not assert in any respect, however, that any of its rights or interests would be infringed if Mr. Starrett's subpoena were enforced. As such, BernzOmatic has no standing to bring this motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that BernzOmatic's Motion to Quash Worthington's Trial Subpoena for the Testimony of Non-Party Brian Starrett [Doc. 236] is **DENIED**.

Signed: February 12, 2010

Martin Reidinger
United States District Judge