IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:08cv291

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, d/b/a BernzOmatic and NEWELL OPERATING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION, and WORTHINGTON INDUSTRIES, INC.,<br><br>Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Defendants' Notice of Filing Bond [Doc. 318], filed on June 9, 2010.

The Defendants have submitted for the Court's approval a bond issued by Travelers Casualty and Surety Company of America in the amount of $14,340,534.00. There being no objection by the Plaintiffs, and the time for the filing of such objections having passed,

**IT IS, THEREFORE, ORDERED** that the Defendants' supersedeas bond in the amount of $14,340,534.00 is **APPROVED**. Execution of the

judgment is hereby **STAYED** pending determination of the parties' post-trial motions, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: June 24, 2010

Martin Reidinger
United States District Judge