UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-00291

IRWIN INDUSTRIAL TOOL COMPANY )
d/b/a BERNZOMATIC and NEWELL )
OPERATING COMPANY )
)
    Plaintiffs, )
)
vs. )
)
WORTHINGTON CYLINDERS )
WISCONSIN, LLC, ET AL. )
)
    Defendants. )

## AGREED ORDER OF STAY PENDING APPEAL

By agreement of the Parties, conditioned upon the filing of an Increase Certificate, dated November 3, 2010, to the bond previously posted in this matter, increasing the amount of that bond from $14,340,534.00 to $15,837,672.88, execution of the judgment in this case is hereby stayed pending appeal. Defendants' Motion for Stay Pending Appeal (Doc. Nos. 338 & 339) is hereby deemed moot in light of the entry of this Order.

_____
Judge Martin Reidinger

Approved:

_____/s/ Michael G. Long_____
David N. Allen
N.C. State Bar #9095
John E. Grupp
N.C. State Bar #22089

Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202-1935
Tel:   (704) 372.9000
Fax:  (704) 334.4706
davidallen@parkerpoe.com
johngrupp@parkerpoe.com

Michael G. Long
Michael J. Canter
James A. Wilson
Vorys, Sater, Seymour and Pease LLP
52 East Gay St.
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350

*Attorneys for Defendants
Worthington Cylinders Wisconsin, LLC and
Worthington Cylinder Corporation*


_____/s/ David C. Scott_____
Robert A. Muckenfuss
McGUIREWOODS, LLP
201 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 343-2052
Facsimile: (704) 343-2300
rmuckenfuss@mcguirewoods.com

Matthew C. Crowl
Matthew B. Mock
David C. Scott
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600