IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:08cv291

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, d/b/a BernzOmatic and NEWELL OPERATING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION, and WORTHINGTON INDUSTRIES, INC.,<br><br>Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the parties' Joint Motion for Order Vacating Permanent Injunction [Doc. 372].

For the reasons stated in the parties' motion, the Court will vacate the permanent injunction previously entered in this case.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Order Vacating Permanent Injunction [Doc. 372] is **GRANTED**; the October 1, 2010 Memorandum of Decision and Order [Doc. 334] and the October 1, 2010 Amended Judgment [Doc. 336], insofar as and only to the

extent that each grants Irwin Industrial Tool Company d/b/a BernzOmatic's Motion for Entry of a Permanent Injunction [Doc. 299], are hereby **VACATED**; and the Permanent Injunction entered in this matter against Worthington Cylinders Wisconsin, LLC and Worthington Cylinders Corporation, and their respective officers, agents, servants, employees, affiliates, successors and assigns, and any and all persons acting in concert or participating with them, is hereby **VACATED**.

**IT IS SO ORDERED.**

Signed: July 5, 2011

Martin Reidinger
United States District Judge