IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08-cv-00291

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, d/b/a BernzOmatic and NEWELL OPERATING COMPANY, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>vs. )<br>)<br>)<br>WORTHINGTON CYLINDERS WISCONSIN, LLC, WORTHINGTON CYLINDER CORPORATION, and WORTHINGTON INDUSTRIES, INC., )<br>)<br>)<br>)<br>)<br>Defendants. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court to exonerate the surety bonds posted by the Defendants herein.

On June 1, 2010, the Court granted the Defendants' Motion to Stay pending the determination of certain post-trial motions on condition that the Defendant post a bond in the amount of $14,340,534.00. [Doc. 312]. The Plaintiffs posted such bond on June 9, 2010. [Doc. 318]. The Defendants subsequently filed a second bond, increasing the bond amount to $15,837,672.88. [Doc. 343]. On July 6, 2011, the parties filed a stipulation

of dismissal of this action. Therefore, there is no further liability on the Defendants' bonds.

**IT IS, THEREFORE, ORDERED** that the bonds referenced in this Order are hereby exonerated, and the Clerk of Court shall write across the face of each of the original bonds that each has been exonerated, shall scan such writing into the record, and shall return the original bonds along with a copy of this Order to the appropriate attorneys.

**IT IS SO ORDERED.**   Signed: February 13, 2013

Martin Reidinger
United States District Judge